**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**

**UNITED STATES OF AMERICA,**

**vs**

**TRENTON ABSTON,**                                   Case No.    **2:25-CR-20136-1-BCL-atc**

**ORDER APPOINTING COUNSEL**
**PURSUANT TO THE CRIMINAL**
**JUSTICE ACT**

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel.  Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. § 3006A):

Attorney Marty McAfee, who is a member of the Criminal Justice Act Panel for the Western District of Tennessee, is appointed as counsel for the defendant.

**DONE** and **ORDERED** April 21, 2026.

s/  Annie T. Christoff
UNITED STATES MAGISTRATE JUDGE

1