**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Criminal No. 225-CR-20136** |
| **v.** | ) | |
| | ) | |
| **TRENTON ABSTON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

### NOTICE OF APPEARANCE

---

COMES NOW the undersigned counsel, to file this notice on behalf of the United States of America in this cause, and to request copies of notices and settings hereafter with respect to any matter that may be pending.

This <u>April 22, 2026</u>.

Respectfully submitted,

D. Michael Dunavant
United States Attorney
Western District of Tennessee


s/ *Gavin A. Smith*
Assistant United States Attorney
800 Federal Building
167 North Main
(901) 969-2981

CERTIFICATE OF SERVICE

I, Gavin A. Smith , Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing document has been filed via the District Court's electronic case filing system.

This April 22, 2026.

/s/ *Gavin A. Smith*

Assistant United States Attorney

2